UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIMMY LEE NELSON,<br><br>　　　　　Petitioner,<br>v.<br>NEVADA ATTORNEY GENERAL, *et al.*,<br>　　　　　Respondents. | Case No. 3:19-cv-00302-MMD-WGC<br><br>ORDER |

Petitioner Jimmy Lee Nelson has filed an application to proceed in forma pauperis and submitted a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (ECF Nos. 1, 1-1.) These submissions are insufficient to open a new case. Moreover, Nelson actually seeks relief from judgment in his underlying habeas corpus case, 3:06-cv-00129-LRH-VPC. Thus, the Court will dismiss this case as improperly commenced, and direct the Clerk to file the motion in Nelson's habeas case.

It is therefore ordered that this case is dismissed as improperly commenced.

It is further ordered that Petitioner's application to proceed in forma pauperis (ECF No. 1) is denied as moot.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk of Court will detach and file the F.R.C.P. 60(b) motion filed in this case at ECF No. 1-1 in Case No. 3:06-cv-00129-LRH-VPC.

It is further ordered that the Clerk of Court will detach and file the motion for counsel filed in this case at ECF No. 1-2 in Case No. 3:06-cv-00129-LRH-VPC.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 27th day of June 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE